[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-14754
_____

D.C. Docket Nos. 1:11-cv-01417-KOB; 10-bkc-42783-JJR11

IN RE: QUALITY PROPERTIES, LLC,

                                    Debtor.
_____

JOHN HILSMAN INVESTMENTS, LLC,
DENNEY FAMILY PROPERTIES, LLC,
MIKE MCCOLLUM,

                                    Plaintiffs – Appellants,

versus

QUALITY PROPERTIES, LLC,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(July 17, 2014)

Before JORDAN and BENAVIDES,* Circuit Judges, and RYSKAMP,** District Judge.

PER CURIAM:

Based upon the well-reasoned opinion of the district court, *John Hilsman Investments, LLC, et al. v. Quality Properties, LLC,* 500 B.R. 105 (N.D. Ala. 2013), this case is affirmed.

AFFIRMED.

_____

* Honorable Fortunato P. Benavides, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

** Honorable Kenneth L. Ryskamp, Senior United States District Judge for the Southern District of Florida, sitting by designation.